IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-60039
_____

FAIRWAY TERMINAL CORPORATION

Petitioner,

versus

JOHNNY J RIGGINS; DIRECTOR, OFFICE OF
WORKER'S COMPENSATION PROGRAMS,
U.S. DEPARTMENT OF LABOR

Respondents.


_____

Petition for Review of an Order
of the Benefit Review Board
(97-0497)
_____

December 7, 1998

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Rule 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.